**FILED**

JAN 0 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN L. RICHES, | Nos. C 07-6156 MJJ (PR)   C 07-6315 MJJ (PR) |
| | C 07-6271 MJJ (PR)   C 07-6316 MJJ (PR) |
| Plaintiff, | C 07-6272 MJJ (PR)   C 07-6317 MJJ (PR) |
| | C 07-6273 MJJ (PR)   C 07-6318 MJJ (PR) |
| v. | C 07-6274 MJJ (PR)   C 07-6319 MJJ (PR) |
| | C 07-6308 MJJ (PR)   C 07-6320 MJJ (PR) |
| JASON GIAMBI, | C 07-6309 MJJ (PR)   C 07-6321 MJJ (PR) |
| | C 07-6311 MJJ (PR)   C 07-6322 MJJ (PR) |
| Defendant. | C 07-6312 MJJ (PR)   C 07-6323 MJJ (PR) |
| | C 07-6313 MJJ (PR)   C 07-6324 MJJ (PR) |
| | C 07-6314 MJJ (PR)   C 07-6325 MJJ (PR) |

**JUDGMENT IN A CIVIL CASE**

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that the above cases are **Dismissed.**

Dated: 1/3/2008

Richard W. Wieking, Clerk

By: _M Narcisse_
Monica Narcisse, Courtroom Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| JONATHAN L. RICHES, | Case Numbers: | (PR) |
|---|---|---|
| Plaintiff, | CV07-06156 MJJ | CV07-06315 MJJ |
| | CV07-06271 MJJ | CV07-06316 MJJ |
| v. | CV07-06272 MJJ | CV07-06217 MJJ |
| | CV07-06273 MJJ | CV07-06318 MJJ |
| JASON GIAMBI et al, | CV07-06274 MJJ | CV07-06219 MJJ |
| | CV07-06308 MJJ | CV07-06320 MJJ |
| Defendant. | CV07-06309 MJJ | CV07-06321 MJJ |
| | CV07-06311 MJJ | CV07-06322 MJJ |
| | CV07-06312 MJJ | CV07-06323 MJJ |
| | CV07-06313 MJJ | CV07-06324 MJJ |
| | CV07-06314 MJJ | CV07-06325 MJJ |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Lee Riches
F.C.I. Williamsburg
Prisoner Id 40948-018
P.O. Box 340
Salters, SC 29590

Dated: January 3, 2008

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk